```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

JIMMIE WHITE, ET AL.                       CIVIL ACTION

VERSUS                                     NO: 06-4069

ELITE INSURANCE LLC, ET AL.                SECTION: "J" (4)
```

**ORDER AND REASONS**

Before the Court is Defendant Auto Club Family Insurance Company's ("AAA's") Motion for Summary Judgment. (Doc. 11.) The motion is opposed. (Docs. 12 and 15.) Plaintiffs have sued AAA to recover on a homeowners' insurance policy. AAA has submitted an affidavit from its Director of Underwriting testifying that AAA never received a premium payment for Plaintiffs' insurance policy, and so it retroactively cancelled the policy on October 20, 2005.

AAA's evidence is insufficient to dispose of all issues of material fact. Plaintiffs presented evidence with their Complaint that AAA made a payment under the contested policy to Plaintiffs in November, 2005. Plaintiffs also presented evidence that they made the required premium payment to their insurance agent. The Court finds that a reasonable jury could infer from the existing

record that AAA did receive the premium payment and that the policy was in effect. Thus, summary judgment is premature at this time.

Accordingly,

**IT IS ORDERED** that Defendant Auto Club Family Insurance Company's Motion for Summary Judgment (Doc. 11) is **DENIED**.

New Orleans, Louisiana this the 1st day of November, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE